UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   CRIMINAL NO. 07-410 (MJD/JSM)

    Plaintiff,

v.   ORDER

NEDRICK RICHARDO MILLER

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 27, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant's Pretrial Motion to Suppress Statements [Docket No. 12] is **DENIED**.

2. Defendant's Pretrial Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure [Docket No. 13] is **DENIED**.

Dated: January 16, 2008

                                            s/Michael J. Davis
                                            MICHAEL J. DAVIS
                                            United States District Court Judge